

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6582

February 21, 2020

**BY ECF AND FAX (212-805-7949)**
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

> Time to answer extended to March 16. Conference adjourned from February 25, 2020 to April 3, 2020 at 11:45 a.m.
> SO ORDERED.
> _____
> P. Kevin Castel
> United States District Judge
> 2/24/2020

Re: **Llambelis et al. v. Visiting Nurse Service of N.Y. et al.,**
    **SDNY Docket No. 19-cv-10406 (PKC)**

Your Honor:

   In accordance with Your Honor's Individual Practices regarding requests for adjournments or extensions of time, I write to respectfully request a short extension of the time for Defendant Zucker and Defendant Visiting Nurse Service of N.Y. to respond to the Class Action Complaint, ECF Doc. No. 1, from March 2, 2020 to March 16, 2020. See ECF Doc. No. 33. I also write to request that the Initial Conference, currently scheduled for February 25, 2020, be adjourned to a date and time convenient to the Court on or after March 30, 2020.

   This is the fourth request made for an extension of time to answer and for adjournment of the Initial Conference. See ECF Doc. Nos. 18, 27, 31, 32. Defendants, on consent of Plaintiffs, had previously requested adjournment of the February 25, 2020 Initial Conference in conjunction with Defendants' February 3, 2020 request for extension of their time to respond to the Class Action Complaint to March 2, 2020. See ECF Doc. No. 32. On February 4, 2020, the Court so-ordered the request for extension of Defendants' time to answer. See ECF Doc. No. 33.

   The parties continue to discuss settlement of this litigation, and therefore request this adjournment to allow the parties to continue these discussions before responding to the Complaint and submitting a Civil Case Management Plan. Plaintiffs consent to this request.

Respectfully submitted,

/s/ Samantha L. Buchalter
Samantha L. Buchalter

cc: All Counsel of Record (via ECF)