

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6582

March 10, 2020

**BY ECF AND FAX (212-805-7949)**
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

Time to answer extended to March 30, 2020.
Conference adjourned from April 3, 2020 to
April 14, 2020 at 12:45 p.m.
SO ORDERED.
Dated: 3/11/2020

_____
P. Kevin Castel
United States District Judge

Re:   **Llambelis et al. v. Visiting Nurse Service of N.Y. et al.,**
      **SDNY Docket No. 19-cv-10406 (PKC)**

Your Honor:

   In accordance with Your Honor's Individual Practices regarding requests for adjournments or extensions of time, I write to respectfully request a short extension of the time for Defendant Zucker and Defendant Visiting Nurse Service of N.Y. to respond to the Class Action Complaint, ECF Doc. No. 1, from March 16, 2020 to March 30, 2020. See ECF Doc. No. 35. I also write to request that the Initial Conference, currently scheduled for April 3, 2020, be adjourned to a date and time convenient to the Court on or after April 13, 2020. See id.

   This is the fifth request made for an extension of time to answer and for adjournment of the Initial Conference. See ECF Doc. Nos. 18, 27, 31, 32, 34. The parties continue to discuss settlement of this litigation, and therefore request this adjournment to allow the parties to continue these discussions. Plaintiffs consent to this request.

                                          Respectfully submitted,

                                          /s/ Samantha L. Buchalter
                                          Samantha L. Buchalter

cc: All Counsel of Record (via ECF)